**98–1397.   State ex rel. Diagnostic & Behavioral Health Serv., Inc. v. Felton.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus. On August 21, 1998, relator filed a motion for extension of time to respond to respondents' motion to dismiss and motion to compel.   Whereas S.Ct.Prac.R. XIV(3)(B) prohibits requests for extensions of time to file responses to motions,
   IT IS ORDERED by the court, *sua sponte*, that relator's motion for extension of time be, and hereby is, stricken.

**98–1401.   State v. Le.**
Cuyahoga App. No. 74244.   On motion for leave to file delayed appeal.   Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.

**98–1402.   State v. Turner.**
Summit App. No. 18618.   On motion for leave to file delayed appeal.   Motion granted.
   DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–1413.   State v. Corner.**
Shelby App. No. 17–97–13.   On motion for leave to file delayed appeal.   Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.

**98–1424.   Brecksville v. Linn.**
Cuyahoga App. No. 72808.   On motion to stay judgment of court of appeals.   Motion denied.

**98–1425.   State v. Cooper.**
Summit App. No. 18931.   On motion for leave to file delayed appeal.   Motion denied.
   MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**98–1452.   State v. Jacks.**
Licking App. No. 97CA3.   On motion for leave to file delayed appeal.   Motion denied.

**98–1453.   State v. Jacks.**
Licking App. No. 95CA157.   On motion for leave to file delayed appeal.   Motion denied.

**98–1456.   State v. Ayers.**
Franklin App. No. 89AP–384.   On motion for leave to file delayed appeal.   Motion denied.

**98–1460.   Headley v. Ohio Govt. Risk Mgt. Plan.**
Muskingum App. No. CT970022.   On motion to consolidate with 98–856, *Headley v. Ohio Govt. Risk Mgt. Plan,* Muskingum App. No. CT970017, or, in the alternative, for stay.   Motion to consolidate granted.
   F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**98–1464.   State v. Kelly.**
Medina App. No. 2670–M.   On motion for delayed appeal.   Motion granted.
   DOUGLAS and F.E. SWEENEY, JJ., dissent.

**98–1476.   State v. Jenkins.**
Stark App. No. 1998CA0082.   On motion for leave to file delayed appeal.   Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.

**98–1482.   State v. Hill.**
Hamilton App. No. C–950581.   On motion for leave to file delayed appeal.   Motion denied.

**98–1519.   Sharwell v. Wimberly.**
Cuyahoga App. No. 73299.   On motion for stay.   Motion denied.

**98–1531.   State v. Gress.**
Montgomery App. No. 16899.   On motion for stay.   Motion denied.

## RECONSIDERATION DOCKET

**95–2303.   State ex rel. Chaffins v. Indus. Comm.**
Franklin App. No. 94APD09–1380.   Reported at 82 Ohio St.3d 268, 695 N.E.2d 253.   On motion for